NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ZENOBIA C. ZIEGLER,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE TREASURY,**
*Respondent.*

---

2013-3099

---

Petition for review of the Merit Systems Protection Board in No. DC0752110645-I-1.

---

**JUDGMENT**

---

LESLIE DEAK, Law Offices of Leslie Deak, of Washington, DC, argued for petitioner.

ELLEN M. LYNCH, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were STUART F. DELERY, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and KENNETH M. DINTZER, Assistant Director.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST,[*] *Chief Judge*, LOURIE and CLEVENGER, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| June 10, 2014 | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |

---

[*] Sharon Prost assumed the position of Chief Judge on May 31, 2014.